Rickey Lett

1249 Sandlewood Dr

Montgomery, AL 36117

(334) 220-7798

RECEIVED

2013 SEP 18 A 9: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

THE UNITED STATES DISTRICT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA

2:13-cv-666-WKW-WC

| | |
|---|---|
| Rickey Lett | ) |
| Plaintiff, | ) |
| V. | ) |
| Wells Fargo Home Mortgage Inc. | ) |
| Defendant. | ) |

I Rickey Lett the Plaintiff here by file a law suit against Wells Fargo Home Mortgage Inc. the Defendant:

1. For reporting and placing obtrude, prefunctory, infelicitous and nefarious information on my credit report in December 2010 house payment and April 2013 house payment and my maximum delinquency was $1,373 which was untrue.

2. For causing my credit rating to be inimical adversely.

3. I was denied credit and suffered embarrassement and derogatorness from this corporeity.

4. For violating and disregarding the method of payment monthly by the VA, which is the Report And Certification Of Loan Disbursement, which mandate the Principal and Interest payable each period. (VA Form 26-1820)

5. For causing my family and I hardship and distress in our economic feasibility.

I the Plaintiff here by petition the Honorable and Respectful Court for the judgement of $450,000 dollars and punitive damages from Wells Fargo Home Mortgage Inc., the Defendant, from this corporeity matter.

Date 9/18/13

Rickey Lett, Plaintiff
1249 Sandlewood Dr
Montgomery, AL 36117
(334) 220-7798