IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY LETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-cv-666-WKW |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Dismiss (Doc. # 24) and for good cause shown, it is ORDERED that the motion is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2), and that this action is DISMISSED with prejudice.

It is further ORDERED that Defendant's summary judgment motion (Doc. # 21) is DENIED as moot.

The Clerk of the Court is DIRECTED to close this case.

DONE this 7th day of January, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE